IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS TOMAS GARCIA,

    Petitioner,                    No. CIV S-04-1779 MCE DAD P

    vs.

KATHY MENDOZA-POWERS, et al.,

    Respondents.             <u>ORDER</u>

_____/

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' July 19, 2005, request for leave to file a supplemental answer is granted;

    2. Petitioner may file and serve a reply within thirty days after service of this order;

    3. The Clerk shall file the fourteen-page supplemental answer submitted as Attachment 1 to respondents' July 19, 2005 request, excluding the attachment cover page; and

    4. Kathy Mendoza-Powers is substituted for Tom Carey as respondent.

DATED: July 21, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
garc1779.suppans