IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS TOMAS GARCIA,

    Petitioner,                    No. CIV S-04-1779 MCE DAD P

    vs.

KATHY MENDOZA-POWERS, et al.,

    Respondents.                <u>ORDER</u>

                              /

        Petitioner has requested an extension of time to file and serve a reply to respondents' supplemental answer pursuant to the court's order of July 21, 2005.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 19, 2005 request for extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a reply to respondents' July 21, 2005 supplemental answer.

DATED: August 25, 2005.

                                                            /s/ Dale A. Drozd
                                                            DALE A. DROZD
                                                             UNITED STATES MAGISTRATE JUDGE

DAD:13:kf
garc1779.111reply