IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS TOMAS GARCIA,

    Petitioner,                      No. CIV S-04-1779 MCE DAD P

    vs.

KATHY MENDOZA-POWERS, et al.,

    Respondents.                 <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the findings and recommendations pursuant to the court's order of August 22, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's September 8, 2008 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

DATED: September 11, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak
garc1779.ext