IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS TOMAS GARCIA,

    Petitioner,                      No. CIV S-04-1779 MCE DAD P

    vs.

KATHY MENDOZA-POWERS, et al.,

    Respondents.                 ORDER

_____/

       This petition for writ of habeas corpus was denied on September 29, 2008. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 25, 2008.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
garc1779.158